# UNITED STATES DISTRICT COURT
для the

Eastern District of Pennsylvania

United States of America
v.

JAAN KRUUS, JR.
*Defendant*

Case No. 19-CR-415

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JAAN KRUUS, JR.,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18:875(c) - INTERSTATE COMMUNICATION OF THREATS

Date: 07/18/2019

Thomas Giambrone, Deputy Clerk
*Issuing officer signature*

City and state: Philadelphia, PA

KATE BARKMAN, CLERK OF COURT
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7-18-19, and the person was arrested on *(date)* 7-19-19
at *(city and state)* OE

Date: 7-19-19

FBI
*Arresting officer's signature*

*Printed name and title*